UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| S.A., <br><br>                       Petitioner, <br><br> v. <br><br> CHRISTOPHER J. LAROSE, Warden, <br> Otay Mesa Detention Center; et al., <br><br>                     Respondents. | Case No.:  26cv0592-LL-DEB <br><br> **ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO PROCEED BY PSEUDONYM AND FOR PROTECTIVE ORDER** <br><br> [ECF No. 3] |

On January 30, 2026, Petitioner filed Motion for Leave to Proceed by Pseudonym and for a Protective Order, requesting permission to litigate this action under a pseudonym and to issue a protective order limiting disclosure of Plaintiff's identity to counsel for Respondents and the Court. ECF No. 3. The Court, having considered Petitioner's Application and finding good cause, **GRANTS** Plaintiff's Application and ORDERS as follows:

1. Petitioner is granted leave to proceed in this action under the pseudonym "S.A."  Petitioner may be referred to publicly as "Mr. A."

2. Petitioner shall disclose his true name, A-number, and other identifying information to the Court and to counsel for Respondents.  Respondents may

26cv0592-LL-DEB

use that information solely for purposes of litigating this action and administering custody-related relief, and shall maintain the confidentiality of that information.

3. All parties shall use Petitioner's pseudonym in all publicly filed documents, including exhibits, and shall not publicly disclose Petitioner's true identity or other identifying information absent further order of the Court.

4. Any filing that contains Petitioner's true name or other identifying information shall be redacted or filed under seal, in accordance with Federal Rule of Civil Procedure 5.2(e), applicable Civil Chambers Rules and Local Rules.

**IT IS SO ORDERED.**

Dated:  January 30, 2026

_____
Honorable Linda Lopez
United States District Judge

2

26cv0592-LL-DEB